AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>LaMothe, Louise A. | 2. Court or Organization<br><br>United States District Court-Central District of California | 3. Date of Report<br><br>7/31/2014 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge-Part Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>✔ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>7/31/2014 |
|---|---|---|

**7. Chambers or Office Address**

United States Bankruptcy Courthouse
1415 State Street
Suite 250
Santa Barbara, CA 93101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Louise A. LaMothe, A Professional Corporation | $95,585.00 |
| 2. 2013 | Louise A. LaMothe, A Professional Corporation | $101,500.00 |
| 3. 2014 | Louise A. LaMothe, A Professional Corporation | $108,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/2012 | California State Teachers' Retirement System |
| 2. 12/2013 | California State Teachers' Retirement System |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   EXEMPT FROM REPORTING | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (1/3 interest beneficial trust) | C | Interest | J | T | | | | | |
| 2. Trust #2 (1/3 interest beneficial trust) | C | Interest | J | T | | | | | |
| 3. Trust #3 (Louise LaMothe, a Prof Corp) | E | Dividend | K | T | | | | | |
| 4. IRA #4 | F | Interest | L | T | | | | | |
| 5. -Costco Whsl Corp | | | | | | | | | |
| 6. -Ford Motor Corp | | | | | | | | | |
| 7. -Google, Inc | | | | | | | | | |
| 8. -Qualcomm, Inc | | | | | | | | | |
| 9. -Tesla Motors Inc | | | | | | | | | |
| 10. -Matthews Pacific Tiger Fund | | | | | | | | | |
| 11. -Parnassus Equity Income Fund | | | | | | | | | |
| 12. IRA #2 (Wells Fargo CD) | G | Interest | N | T | | | | | |
| 13. Louise A. LaMothe, A P. C. Trust Bank Account Wells Fargo | G | Interest | M | T | | | | | |
| 14. Avalon Bay Communities REIT Inc | C | Dividend | J | T | | | | | |
| 15. Boston Properties Inc REIT | C | Dividend | J | T | | | | | |
| 16. Brixmore Property Grouop Inc | A | Dividend | J | T | | | | | |
| 17. Brookdale Senior Living Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cousins Properties Inc REIT | A | Dividend | J | T | | | | | |
| 19. Crown Castle Intl Corp | B | Dividend | J | T | | | | | |
| 20. Cubesmart Cube | A | Dividend | J | T | | | | | |
| 21. DDR Corp | A | Dividend | J | T | | | | | |
| 22. Eastgroup Pprtys Inc REIT | A | Dividend | J | T | | | | | |
| 23. Empire State Realty Trust Inc | A | Dividend | J | T | | | | | |
| 24. Essex Property Trust Inc REIT | C | Dividend | J | T | | | | | |
| 25. Federal Rlty Inct Trust SBI REIT | B | Dividend | J | T | | | | | |
| 26. General Growth Pptys Inc | B | Dividend | J | T | | | | | |
| 27. Health Care REIT Inc | C | Dividend | J | T | | | | | |
| 28. Hudson Pacific Pptys Inc | B | Dividend | J | T | | | | | |
| 29. LaSalle Hotel Pptys Inc REIT | B | Dividend | J | T | | | | | |
| 30. Liberty Property Trust REIT | A | Dividend | J | T | | | | | |
| 31. Mid-Amer Apt Communities | A | Dividend | J | T | | | | | |
| 32. National Health Invs Inc | A | Dividend | J | T | | | | | |
| 33. National Retail Pptys Inc | A | Dividend | J | T | | | | | |
| 34. Piedmont Office Realty Trust | C | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Public Storage Inc REIT | C | Dividend | J | T | | | | | |
| 36. RLJ Lodging Trust | A | Dividend | J | T | | | | | |
| 37. Realty Income Corp REIT | A | Dividend | J | T | | | | | |
| 38. Retail Opportunity Investments Co | A | Dividend | J | T | | | | | |
| 39. Simon Property Group REIT | D | Dividend | J | T | | | | | |
| 40. SL Green Rlty Corp REIT | C | Dividend | J | T | | | | | |
| 41. UDR Inc | A | Dividend | J | T | | | | | |
| 42. Washington Prime Group | A | Dividend | J | T | | | | | |
| 43. Weyerhaeuser Co | C | Dividend | J | T | | | | | |
| 44. Goldman Sachs Group Inc | D | Dividend | J | T | | | | | |
| 45. Prudential Financial Inc | D | Dividend | J | T | | | | | |
| 46. Conoco Phillips | D | Dividend | J | T | | | | | |
| 47. AT&T | C | Dividend | J | T | | | | | |
| 48. Berkshire Hathaway Inc | D | Dividend | J | T | | | | | |
| 49. Comerica Bank | D | Dividend | J | T | | | | | |
| 50. The Walt Disney Company | D | Dividend | J | T | | | | | |
| 51. Proctor & Gamble | D | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. US Bancorp | D | Dividend | J | T | | | | | |
| 53. Kimberly-Clark Notes | D | Dividend | J | T | | | | | |
| 54. Suntrust Banks | D | Dividend | J | T | | | | | |
| 55. PECO Energy Co | D | Dividend | J | T | | | | | |
| 56. State Street Corp | D | Dividend | J | T | | | | | |
| 57. Cons Edison Co of NY | D | Dividend | J | T | | | | | |
| 58. Johnson & Johnson | D | Dividend | J | T | | | | | |
| 59. IBM Corp | D | Dividend | J | T | | | | | |
| 60. South Carolina Elec & Gas | C | Dividend | J | T | | | | | |
| 61. United Technologies Corp | D | Dividend | J | T | | | | | |
| 62. Allstate Corp | D | Dividend | J | T | | | | | |
| 63. United Parcel Service | D | Dividend | J | T | | | | | |
| 64. Metlife Inc | D | Dividend | J | T | | | | | |
| 65. Coca Cola Co | D | Dividend | J | T | | | | | |
| 66. Target Corp | D | Dividend | J | T | | | | | |
| 67. National Rural Util Coop | D | Dividend | J | T | | | | | |
| 68. Northern States PWR-MINN | D | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Public Service Colorado | C | Dividend | J | T | | | | | |
| 70. American Express Credit Corp | D | Dividend | J | T | | | | | |
| 71. PNC Financial Services | D | Dividend | J | T | | | | | |
| 72. Pepsico Inc | D | Dividend | J | T | | | | | |
| 73. FNMA Pass Thru Pool | B | Dividend | J | T | | | | | |
| 74. LPL Financial Investment Account #1 (H) | | | | | | | | | |
| 75. -AQR Diversified Arbitrage | C | Dividend | M | T | | | | | |
| 76. -Columbia Acron Intl | D | Dividend | M | T | | | | | |
| 77. -Eaton Vance Floating Rate | D | Dividend | M | T | | | | | |
| 78. -Federated Prudent Dollar Bear | A | Dividend | K | T | | | | | |
| 79. -Oppenheimer Developing Markets | A | Dividend | L | T | | | | | |
| 80. -Pimco All Asset All Authority | D | Dividend | M | T | | | | | |
| 81. -SPDR S&P 500 ETF | C | Dividend | M | T | | | | | |
| 82. -T Rowe Price Real Estate | B | Dividend | L | T | | | | | |
| 83. -Money Fund GVI | A | Interest | J | T | | | | | |
| 84. LPL Financial Investment Account #2 (H) | | | | | | | | | |
| 85. -Blackrock Global Allocation | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Federated Prudent Dollar Bear | A | Dividend | J | T | | | | | |
| 87. PIMCO Total Return | D | Dividend | M | T | | | | | |
| 88. -Metropolitan West High Yield Bond | E | Dividend | M | T | | | | | |
| 89. -Pimco Commodity Real Return Strategy | B | Dividend | L | T | | | | | |
| 90. -Powershares QQQ ETF | B | Dividend | M | T | | | | | |
| 91. -Vanguard Windsor II | D | Dividend | M | T | | | | | |
| 92. -Franklin Templeton Emerging Market Debt | C | Dividend | L | T | | | | | |
| 93. -Money Fund GVI | A | Dividend | J | T | | | | | |
| 94. TIAA Traditional Annuity (Age based no control) | E | Int./Div. | K | W | | | | | |
| 95. TIAA-CREF Asset Allocation Fund | F | Int./Div. | L | W | | | | | |
| 96. Abbott Laboratories | C | Dividend | J | T | | | | | |
| 97. Abbvie Inc | C | Dividend | J | T | | | | | |
| 98. American International Group | A | Dividend | J | T | | | | | |
| 99. Colgate Palmolive Co | D | Dividend | J | T | | | | | |
| 100. Exxon Mobil Corp | D | Dividend | J | T | | | | | |
| 101. General Electric Company | C | Dividend | J | T | | | | | |
| 102. General Mills Inc | D | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Home Depot Inc | C | Dividend | J | T | | | | | |
| 104. Intel Corp | C | Dividend | J | T | | | | | |
| 105. Kohls Corp | C | Dividend | J | T | | | | | |
| 106. McDonald's Corp | C | Dividend | J | T | | | | | |
| 107. Medtronic Inc | D | Dividend | J | T | | | | | |
| 108. Microsoft Corp | C | Dividend | J | T | | | | | |
| 109. Pfizer Inc | B | Dividend | J | T | | | | | |
| 110. Schlumberger Ltd | E | Dividend | K | T | | | | | |
| 111. Wal-Mart Stores Inc | C | Dividend | J | T | | | | | |
| 112. Walgreen Company | D | Dividend | J | T | | | | | |
| 113. Wells Fargo Company | E | Dividend | K | T | | | | | |
| 114. LaMothe L BelleHaven Bond Acct: (H) | | | | | | | | | |
| 115. California St Dept Water | E | Interest | K | T | | | | | |
| 116. San Francisco CA City & Country Aptrs Commn Intl | D | Interest | J | T | | | | | |
| 117. Puerto Rico Pub Fin Corp Comwlth | E | Interest | K | T | | | | | |
| 118. El Camino CA Cmnty College | D | Interest | J | T | | | | | |
| 119. University Tex Unv | E | Interest | K | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Eugene Or Elec Util Rev | D | Interest | J | T | | | | | |
| 121. Springfieled MA Unrefd Bal Mun Purp Ln | D | Interest | J | T | | | | | |
| 122. Ventura County Ca Cmnty College | E | Interest | K | T | | | | | |
| 123. Bakersfield CA Wastewater | E | Interest | K | T | | | | | |
| 124. North Orange Cty Comm College | E | Interest | K | T | | | | | |
| 125. Springfield MA Prefunded Mun Purp Ln | E | Interest | K | T | | | | | |
| 126. Sacramento Ca Mun Util | E | Interest | K | T | | | | | |
| 127. California St Dept Wtr Res Pwr | E | Interest | K | T | | | | | |
| 128. San Francisco CA City & Cnty Arpts Commn Intl | D | Interest | J | T | | | | | |
| 129. El Camino Ca Cmnty College | E | Interest | K | T | | | | | |
| 130. Puerto Rico Pub Fin Corp | E | Interest | K | T | | | | | |
| 131. American Tower Corp REIT | C | Dividend | J | T | | | | | |
| 132. TROWE PRICE IRA (Global Tech) | E | Dividend | K | T | | | | | |
| 133. TROWE PRICE IRA (Spectrum Growth) | D | Dividend | J | T | | | | | |
| 134. Northwestern Mutual Life Ins Policy | F | Interest | M | S | | | | | |
| 135. John Hancock Life Ins Policy | F | Dividend | M | T | | | | | |
| 136. Rental Property #1 (1/3 interest, Pebble Beach, Monterey Co.) | F | Rent | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Crown Life Life Ins Policy | D | Dividend | J | T | | | | | |
| 138.  Charles Schwab Checking #1 | E | Interest | J | T | | | | | |
| 139.  Charles Schwab #2 (H) | | | | | | | | | |
| 140.  Costco Wholesale | D | Dividend | J | T | | | | | |
| 141.  Buffalo Flexible Income Fund | C | Dividend | J | T | | | | | |
| 142.  Parnassus Core Equity FD Inv | C | Dividend | J | T | | | | | |
| 143.  SCH US Div Equity ETF | D | Dividend | J | T | | | | | |
| 144.  Crown Classic Chkg Acct | B | Interest | J | T | | | | | |
| 145.  Crown Classic Checking #2 | D | Interest | J | T | | | | | |
| 146.  City National Bank Ckg #1 (Trust ) | B | Interest | J | T | | | | | |
| 147.  City National Bank Ckg #2 (Trust ) | A | Interest | J | T | | | | | |
| 148.  City National Bank Ckg #3 (Trust) | A | Interest | J | T | | | | | |
| 149.  USAA (Savings Acct) | B | Interest | J | T | | | | | |
| 150.  Federal Home Loan Bank | D | Interest | J | T | | | | | |
| 151.  LA California Cmnty Facs | D | Interest | J | T | | | | | |
| 152.  Royal Bank of Canada | E | Interest | K | T | | | | | |
| 153.  Wells Fargo & Co | C | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Abbot Laboratories | A | Dividend | J | T | | | | | |
| 155. Abbvie Inc | A | Dividend | J | T | | | | | |
| 156. Air Produccts & Chemicals | A | Dividend | J | T | | | | | |
| 157. Amer Balanced Fd Cl C | A | Dividend | J | T | | | | | |
| 158. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 159. Cohen & Steers Realty In C | A | Dividend | J | T | | | | | |
| 160. Conoco Phillips | A | Dividend | J | T | | | | | |
| 161. Costco Whsl Corp New | A | Dividend | J | T | | | | | |
| 162. Genl Mills Inc | A | Dividend | J | T | | | | | |
| 163. HCP Inc | B | Dividend | J | T | | | | | |
| 164. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 165. Kellogg Company | A | Dividend | J | T | | | | | |
| 166. New Jersey Res Corp | A | Dividend | J | T | | | | | |
| 167. Paychex Inc | A | Dividend | J | T | | | | | |
| 168. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 169. Target Corp | A | Dividend | J | T | | | | | |
| 170. United Parcel Sercvice | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Wisdom Tree MC Earn | A | Dividend | J | T | | | | | |
| 172. Wisdom Tree Emerging Market | A | Dividend | J | T | | | | | |
| 173. Cohen & Steers PFD INCM C | A | Dividend | J | T | | | | | |
| 174. HCP Inc | A | Dividend | J | T | | | | | |
| 175. CitiGroup - bond | A | Interest | J | T | | | | | |
| 176. CitiGroup - bond | A | Interest | J | T | | | | | |
| 177. GE Capital - bond | A | Interest | J | T | | | | | |
| 178. FHLB - bond | A | Interest | J | T | | | | | |
| 179. Goldman Sachs - bond | A | Interest | J | T | | | | | |
| 180. GE Capital - bond | A | Interest | J | T | | | | | |
| 181. Goldman Sachs- bond | A | Interest | J | T | | | | | |
| 182. DKaplan Tr / TTEE 8/24/1989 | E | Dividend | K | T | | | | | |
| 183. Citibank Checking Account | C | Interest | J | T | | | | | |
| 184. Union Bank Checking (1/3 interest) | D | Interest | J | T | | | | | |
| 185. Citibank Corp Ckg ( Louise A. LaMothe APC) | D | None | J | T | | | | | |
| 186. Citibank Corp Savings( Louise A. LaMothe APC) | E | Interest | K | T | | | | | |
| 187. GE Capital | D | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. AT&T | C | Dividend | J | T | | | | | |
| 189. Eli Lilly & Co | D | Dividend | J | T | | | | | |
| 190. Northeast Utilities | C | Dividend | J | T | | | | | |
| 191. Scana Corp Com SCG | C | Dividend | J | T | | | | | |
| 192. Sysco Corporation | C | Dividend | J | T | | | | | |
| 193. United Parcel Service | D | Dividend | J | T | | | | | |
| 194. Goldman Sachs Group | D | Dividend | J | T | | | | | |
| 195. Wells Fargo 6.5 Yr MLN | C | Interest | J | T | | | | | |
| 196. Merrill Lynch PFD Cap | D | Interest | J | T | | | | | |
| 197. Abbott Laboratories | C | Dividend | J | T | | | | | |
| 198. Abbvie Inc | C | Interest | J | T | | | | | |
| 199. Air Products & Chemicals | B | Dividend | J | T | | | | | |
| 200. Automatic Data Processing | D | Dividend | J | T | | | | | |
| 201. Conoco Phillips | D | Dividend | J | T | | | | | |
| 202. Costco Whsl Corp | D | Dividend | J | T | | | | | |
| 203. General Mills Inc | D | Dividend | J | T | | | | | |
| 204. HCP Inc | E | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Johnson & Johnson | D | Dividend | J | T | | | | | |
| 206. Kellogg Company | D | Dividend | J | T | | | | | |
| 207. Paychex Inc | D | Dividend | J | T | | | | | |
| 208. Phillips 66 | D | Dividend | J | T | | | | | |
| 209. Procter & Gamble | D | Dividend | J | T | | | | | |
| 210. Target Corp | E | Dividend | K | T | | | | | |
| 211. United Parcel Service | D | Dividend | J | T | | | | | |
| 212. Wisdom Tree Emerging ET | C | Dividend | J | T | | | | | |
| 213. Wisdom Tree Intl MC | D | Dividend | J | T | | | | | |
| 214. Wisdom Tree Intl SC | D | Dividend | J | T | | | | | |
| 215. Wisdom Tree LC DVD FD | D | Distribution | J | T | | | | | |
| 216. Wisdom Tree Midcap Div Fd | D | Dividend | J | T | | | | | |
| 217. Wisdom Tree Midcap Earnings Fd | D | Dividend | J | T | | | | | |
| 218. Wisdom Tree S/C DVD Fd | D | Dividend | J | T | | | | | |
| 219. Citigroup Inc SR | D | Dividend | J | T | | | | | |
| 220. Citigroup Funding Inc | E | Dividend | K | T | | | | | |
| 221. John Hancock Life Ins Co | C | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  GE Capital -1 | D | Dividend | J | T | | | | | |
| 223.  GE Capital -2 | D | Dividend | J | T | | | | | |
| 224.  Alameda County Ca Redev Agy Tax Alloc Eden Area Proj Ser A Rev B/E | D | Interest | J | T | | | | | |
| 225.  Los Angeles Calif Community Facs Dist Spl Tax Escrow 4-Playa Vista-PH | E | Interest | K | T | | | | | |
| 226.  Solano County Ca CTFS Partn Rfdg Rev B/E MBIA | F | Dividend | L | T | | | | | |
| 227.  GE Money Bank CD | D | Int./Div. | J | T | | | | | |
| 228.  Wells Fargo Bank NA CD | E | Int./Div. | K | T | | | | | |
| 229.  Wells Fargo & Co-1 | C | Dividend | J | T | | | | | |
| 230.  Wells Fargo & Co-2 | D | Dividend | J | T | | | | | |
| 231.  Amer Balanced FD Inc | D | Dividend | J | T | | | | | |
| 232.  Cohen & Steers Realty | E | Dividend | K | T | | | | | |
| 233.  Cohen & Steers PFD | D | Dividend | J | T | | | | | |
| 234.  Prudential Jennison Natural Resources | D | Dividend | J | T | | | | | |
| 235.  Lincoln Natl Life Ins Co | G | Distribution | M | T | | | | | |
| 236.  Tesla | B | Dividend | J | T | | | | | |
| 237.  Chesapeake Energy Corp | A | Dividend | J | T | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 7/31/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Louise A. LaMothe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544